UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALTAMIRANO SERMENO, | No. 2:14-cv-2729 JAM DB P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| M.E. SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2019, the magistrate judge issued findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 115). Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued November 6, 2019 (ECF No. 115) are ADOPTED in full,

2. This action is DISMISSED without prejudice for failure to prosecute and for failure to keep the court apprised of a current address. <u>See</u> Fed. R. Civ. P. 41(b); <u>see</u> <u>also</u> L.R. 110, 183(b), and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: May 11, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE

2